IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS SHOBERT, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE NO. |
| v. : | 1:07-CV-2687-JOF/AJB |
| : | |
| ADVANCED COLLECTION : | |
| SERVICES, INC., : | |
| : | |
| Defendant. : | |

## SHOW CAUSE ORDER

Plaintiff filed the instant complaint on October 29, 2007, alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, the Fair Credit Billing Act ("FCBA"), 15 U.S.C. § 1666, *et seq.*, and the Fair Debt Collections Practice Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* [Doc. 1]. On April 10, 2008, Plaintiff was ordered to show cause in writing within ten (10) days why his Complaint should not be dismissed for failure to serve Defendant within 120 days after filing of the Complaint, as required by FED. R. CIV. P. 4(m). [Doc. 2]. Plaintiff did not respond to the Court's Order and no extensions of time have been requested or ordered extending the time for this purpose.

AO 72A
(Rev.8/82)

**IT IS HEREBY ORDERED** that Plaintiff show cause, **in person**, why he has not responded to the Court's Order or otherwise complied with the rules of the Court, on **Wednesday**, **May 21, 2008, at 10:00 a.m.**, in Courtroom 1875, on the 18th floor, of the Federal Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303.  Plaintiff is **ADVISED** that failure to appear in person and show cause shall result in a recommendation to the District Judge that the complaint be dismissed.

**IT IS SO ORDERED**, this the 7th day of May, 2008.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A (Rev.8/82)